HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 S. Casino Center Blvd.
Las Vegas, NV 89104
Phone: (702) 382-1714
Fax: (702) 382-1759
Email: harold@gewerterlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTI ANN WALTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, BOARD OF PSYCHOLOGICAL EXAMINERS, a governmental entity; MORGAN GLEICH, in her capacity as Executive Director,<br><br>Defendants. | CASE NO.:  2:20-cv-00651-KJD-VCF<br><br>**STIPULATION AND ORDER TO ENLARGE TIME TO RESPOND<br>(FIRST REQUEST)** |

COMES NOW, Plaintiff, KRISTI ANN WALTER (hereinafter "Plaintiff"), and Defendants, STATE OF NEVADA BOARD OF PSYCHOLOGICAL EXAMINERS and MORGAN GLEICH. (hereinafter "Defendants"), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. That per the Order of the Court, the Discovery Plan / Scheduling Order is due on **July 16, 2020**.

2. Because Plaintiff's counsel suffers from a cardiac and neurological condition, he has only been able to work part time recently and failed to conduct the meet and confer with defense counsel. He is currently a sole practitioner and no one else is available to attend to this matter.

3. That the Parties stipulate and agree that they shall have until **July 24, 2020** to file the Discovery Plan / Scheduling Order.

4. This stipulation is made in good faith.

Dated this 16th day of July, 2020.

*/s/ Harold P. Gewerter*
Harold P. Gewerter, Esq.
HAROLD P. GEWERTER, ESQ. LTD.
1212 S. Casino Center Boulevard
Las Vegas, Nevada  89104
Telephone: (702) 382-1714
Email: harold@gewerterlaw.com
*Attorney for Plaintiff*

Dated this 16th day of July, 2020.

*/s/ Harry B. Ward*
Aaron D. Ford, Esq., Attorney General
Harry B. Ward, Esq., Deputy Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775)684-1216
Email: hward@ag.nv.gov
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated this 17th  day of July, 2020

U.S. Magistrate Judge