HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 S. Casino Center Blvd.
Las Vegas, NV 89104
Phone: (702) 382-1714
Fax: (702) 382-1759
Email: harold@gewerterlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTI ANN WALTER, an individual, | CASE NO.: 2:20-cv-00651-KJD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ENLARGE TIME TO RESPOND (SECOND REQUEST)** |
| STATE OF NEVADA, BOARD OF PSYCHOLOGICAL EXAMINERS, a governmental entity; MORGAN GLEICH, in her capacity as Executive Director, | |
| Defendants. | |

COMES NOW, Plaintiff, KRISTI ANN WALTER (hereinafter "Plaintiff"), and Defendants, STATE OF NEVADA BOARD OF PSYCHOLOGICAL EXAMINERS and MORGAN GLEICH. (hereinafter "Defendants"), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1.  That per the Order of the Court, the deadline to Amend the Pleadings and Adding Parties is due on **October 22, 2020**.

2.  Because Plaintiff's counsel suffers from a cardiac and neurological condition, he has only been able to work part time. He is currently a sole practitioner.

1

3. That the Parties stipulate and agree that they shall have until **December 7, 2020** to Amend the Pleadings and Add Parties.  All other deadlines shall also be continued by 45 days, accordingly.

4. This stipulation is made in good faith.

Dated this 21st day of October, 2020.                                   Dated this 21st day of October, 2020.

*/s/ Harold P. Gewerter*                                                              */s/ Harry B. Ward*
Harold P. Gewerter, Esq.                                                        Aaron D. Ford, Esq., Attorney General
HAROLD P. GEWERTER, ESQ. LTD.                                  Harry B. Ward, Esq., Deputy Attorney General
1212 S. Casino Center Boulevard                                          100 North Carson Street
Las Vegas, Nevada  89104                                                     Carson City, Nevada 89701-4717
Telephone: (702) 382-1714                                                   Telephone: (775)684-1216
Email: harold@gewerterlaw.com                                         Email: hward@ag.nv.gov
*Attorney for Plaintiff*                                                             *Attorneys for Defendants*

IT IS SO ORDERED.

Dated this 22nd day of October, 2020.

_____
U.S. Magistrate Judge

2