**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

KRISTI ANN WALTER,

    Plaintiff,

vs.

STATE OFNEVADA, BOARD OF PSYCHOLOGICAL EXAMINERS, a governmental entity; MORGAN GLEICH, in her capacity as Executive Director,

    Defendant.

2:20-cv-00651-KJD-VCF

**ORDER**

    Before the court is plaintiff's Motion to Act as *Pro Se* Counsel. (ECF No. 19). On January 28, 2021, Plaintiff's prior counsel was allowed to withdraw from the case. March 29, 2021 was set as a deadline for a new plaintiff's counsel to appear in this action or for plaintiff to file a notice that she intends to proceed *pro se*.

    On March 29, 2021, plaintiff filed a Notice that she intends to proceed *pro se*. (ECF No. 18). Plaintiff also filed the instant motion. (ECF No. 19). Because leave of court is not required for plaintiff to represent herself, this motion will be denied as moot.

    Accordingly,

    Plaintiff's Motion to Act as Pro Se Counsel, ECF No. 19, is DENIED as moot.

    IT IS FURTHER ORDERED that the parties must file a new discovery plan and scheduling order on or before April 13, 2021.

    DATED this 30th day of March, 2021.

    CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE