UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KRISTI ANN WALTER,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Defendants. | 2:20-cv-00651-KJD-VCF<br><br>**ORDER** |

    Before the Court is the Second Amended Discovery Plan and Scheduling Order (ECF No. 32).

    Accordingly,

    IT IS HEREBY ORDERED that an in-person hearing on the Second Amended Discovery Plan and Scheduling Order (ECF No. 32) is scheduled for 10:00 AM, September 29, 2021, in Courtroom 3D, U.S. District Court, Lloyd D. George Courthouse, 333 Las Vegas Blvd., Las Vegas, Nevada.

    DATED this 9th day of September, 2021.

                                                                                  CAM FERENBACH<br>
                                                               UNITED STATES MAGISTRATE JUDGE